Argued February 17, 1982. Lindon DiCicco, Assistant Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.

458 A.2d 264

Commonwealth v. Johnson, Appellant.

Submitted December 7, 1982. Vincent M. Lorusso, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The judgment of sentence is affirmed.

458 A.2d 264

Commonwealth v. Johnson, Appellant.

Argued January 7, 1983. Colie B. Chappelle, for appellant; A. Sheldon Ko-